# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Entry of Appearance - Pro Se**

MARK A. PENDERGraft

v.

BoARD of REGENTS of Oklahoma colleges, ET, al

Case No. 22-6045

DIST/Ag docket: 5:18-CV-00793-D

**INSTRUCTIONS:** A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the

_____ APPellant _____ in
(Appellant, Petitioner, Appellee or Respondent)

this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

☑ All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal, or

☐ There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

Mark A. Pendergraft
Signature

MARK A. PENDERGraFT
Name

P.O. Box 402
Mailing Address

PIEDMONT, OK    73078
City          State          Zip Code

A-5a Pro Se Entry of Appearance Form 10/09

## CERTIFICATE OF SERVICE

I hereby certify that on _22 APRIL 2022_ I sent a copy of

the Pro Se Entry of Appearance Form to: _DIXIE COFFEY + LAUREN RAY-MORALES_
[date]

at _OKLAHOMA Attorney Generals office_

_313 N.E. 21ST Street   OKC, OK, 73105_ , the last known

address/email address, by _U.S. FirST-class Mail._
[state method of service]

_22 APRIL 2022_
Date

_Mark A. Pendergraft_
Signature

---

## CERTIFICATE OF INTERESTED PARTIES
### (attached additional pages if necessary)

A-5a  Pro Se Entry of Appearance Form 10/09

U.S. POSTAGE PAID
FCM LETTER
OKLAHOMA CITY, OK
73104
APR 22, 22
AMOUNT
$4.33
R2305H130157-11

80257

CERTIFIED MAIL

7021 1970 0001 3051 2205

MbLA. Pendergrast
P.O. Box 402
PIEDMONT, OK 73078

Scanned by: Marshal

U.S. Court of Appeals
for the 10th Circuit

1823 Stout Street
Denver, Co. 80257
ATTN: Clerk of Court